THOMAS P. O'BRIEN                                          **JS-6**
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
     U.S. Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, CA 90012
     Telephone: (213)894-2727
     Facsimile: (213)894-7177
     E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

                 UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

                      WESTERN DIVISION


UNITED STATES OF AMERICA,     )   NO.  CV 07-05140-SJO(VBKx)
                              )
          Plaintiff,          )
                              )   **CONSENT JUDGMENT OF FORFEITURE**
          v.                  )
                              )
$142,714.00 in U.S. Currency, )
                              )
          Defendant.          )
_____)
CARL DELPH and GORDON         )
STEVENSON,                    )
                              )
          Claimants.          )
_____)


        This action was filed on August 8, 2007.  Notice was given

and published in accordance with law.  Carl Delph ("Delph") and

Gordon Stevenson ("Stevenson")(collectively "claimants") filed a

joint claims on December 21, 2008 and an answer on November 29,

2007.  No other claims or answers have been filed, and the time

1    for filing claims and answers has expired.  Plaintiff and

2    claimants have reached an agreement that is dispositive of the

3    action.  The parties hereby request that the Court enter this

4    Consent Judgment of Forfeiture.

5        **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

6        1.   This court has jurisdiction over the parties and the

7    subject matter of this action.

8        2.   Notice of this action has been given in accordance with

9    law.  All potential claimants to the defendant currency other

10   than claimants Delph and Stevenson are deemed to have admitted

11   the allegations of the Complaint.  The allegations set out in the

12   Complaint are sufficient to establish a basis for forfeiture.

13       3.   The United States of America shall have judgment as to

14   $107,035.50 of the defendant $142,714.00 in U.S. currency and all

15   earned interest.  No other person or entity shall have any right,

16   title or interest in the amount forfeited.  The United States

17   Marshals Service is ordered to dispose of said asset in

18   accordance with law.

19       4.   The remaining $35,678.50 of the defendant currency

20   shall be returned to claimants Delph and Stevenson in care of

21   their attorney, F. Freddy Sayegh.  Said $35,678.50 shall be paid

22   in the form of a check made payable to "F. Freddy Sayegh Client

23   Trust Account" and mailed to Sayegh & Associates, 5895 Washington

24   Boulevard, Culver City, California 90232.

25       5.   Claimants hereby release the United States of America,

26   its agencies, agents, and officers, including employees and

27   agents of the Federal Bureau of Investigation, from any and all

28   claims, actions or liabilities arising out of or related to this

2

action, including, without limitation, any claim for attorneys'
fees, costs or interest which may be asserted on behalf of the
claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The Court finds that there was reasonable cause for the
seizure of the defendant currency and institution of these
proceedings.   This judgment shall be construed as a certificate
of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: _May 27, 2008

/S/ S. James Otero

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

**Approved as to form and content**:

DATED: May _____, 2008

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: May _____, 2008

SAYEGH & ASSOCIATES, PLC

_____
F. FREDDY SAYEGH

Attorney for Claimants
Carl Delph and Gordon Stevenson